# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

EMILIANO HERNANDEZ, an Individual,

Plaintiff,

vs.

CENTRAL TRANSPORT LLC, a Michigan Limited Liability Company; TIM KAGAY, an Individual, and DOES 1 through 10, Inclusive,

Defendants.

Case No.: 1:26-cv-04905-JLT-EGC

*[Assigned to District Judge Jennifer L. Thurston and Magistrate Judge Erin Guy Castillo]*

**ORDER TO STAY THE CASE PENDING PRIVATE MEDIATION**

Doc. 11

## ORDER

The Court, having reviewed the JOINT STIPULATION TO STAY THE CASE PENDING PRIVATE MEDIATION, (Doc. 11) and good cause appearing, hereby ORDERS as follows:

1. The litigation is STAYED pending the conclusion of mediation.

2. Plaintiff's deadline to file a Motion to Remand is EXTENDED from July 27, 2026, to October 14, 2026.

3. Defendant TIM KAGAY's deadline to file responsive pleading is EXTENDED from August 5, 2026, to September 28, 2026.

4. The Initial Scheduling Conference currently set for October 6, 2026 is VACATED.

5. Within seven (7) days of the conclusion or cancellation of the mediation, the parties SHALL file either a (1) Notice of Settlement or (2) Joint Status Report, at which point the scheduling conference shall be re-set if appropriate.

IT IS SO ORDERED.

Dated: **July 17, 2026**

Erin Sanz Castillo

UNITED STATES MAGISTRATE JUDGE